[No. 74143-8-I.    Division One.    December 27, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE THOMAS FULLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-04234-1, Brian D. Gain, J., entered September 25, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Trickey, A.C.J., and Leach, J.

[No. 74205-1-I.    Division One.    December 27, 2016.]

THE STATE OF WASHINGTON, *Appellant*, v. MICHAEL TODD FERNANDEZ, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-04579-9, J. Wesley Saint Clair, J., entered October 26, 2015. *Reversed* and *remanded* by unpublished opinion per Becker, J., concurred in by Appelwick and Spearman, JJ.

[No. 74607-3-I.    Division One.    December 27, 2016.]

JULIE REZNICK ET AL., *Appellants*, v. LIVENGOOD, ALSKOG, PLLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-04055-3, Beth M. Andrus, J., entered December 18, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Verellen, C.J., and Mann, J.

[No. 74703-7-I.    Division One.    December 27, 2016.]

STEVE SWINGER, *Appellant*, v. DOUGLAS J. VANDERPOL, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 15-2-02282-9, Ira Uhrig, J., entered February 5, 2016. *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, C.J., and Trickey, J.